UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00167-BLW |
| Plaintiff, | |
| | **REPORT AND** |
| v. | **RECOMMENDATION** |
| ELIZABETH BAEZA, | |
| Defendant. | |

On January 14, 2016, Defendant ELIZABETH BAEZA appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Defendant executed a waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Dkt. 1), the maximum penalties applicable, her Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States

**REPORT AND RECOMMENDATION - 1**

Probation Office.

Because the offense to which Defendant entered her guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt, the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate.

In this case, the Government's motion to withdraw its motion for detention was granted at the time of Defendant's arraignment on July 21, 2015, and Defendant was released subject to a stringent combination of conditions imposed by Magistrate Judge Larry M. Boyle, which include restriction of Defendant's travel to the District of Idaho, location monitoring, curfew and continued residency with her parents. (Dkt. 38.) Defendant is single, eighteen years of age, employed, and approximately 20 days from delivery of her first child.  Since her pretrial release commenced, Defendant has been cooperative with her supervising probation officer and, until today's date, there were no known violations of the pretrial release conditions-- Defendant's urinalysis test performed by pretrial services prior to commencement of the plea hearing was presumptive positive for marijuana use, which Defendant admitted.  Regardless, the Government did not oppose continued release on the grounds that Defendant poses an exceptionally low risk of flight and danger to the community if release on pretrial conditions is continued pending imposition of sentence.  The government confirmed that

**REPORT AND RECOMMENDATION - 2**

there is no evidence or reason to believe that Defendant has been involved in further methamphetamine drug trafficking activities or associated with others involved in the same.

Upon consideration of the totality of the circumstances presented in this case, including the stringent conditions of release, Defendant's parental support system, and the impending birth of her child, and upon finding Defendant is exceptionally unlikely to flee or cause a danger to the community if release is continued, the Court will recommend release be continued but with the following modification:  Home detention, such that Defendant will be restricted to the residence (with her parents) at all times except for education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services officer.  At this time, and until further order of the Court, employment is not approved as an exception to home detention.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant ELIZABETH BAEZA's plea of guilty to Count 20 of the Indictment (Dkt.  1),

2) The District Court order forfeiture consistent with Defendant ELIZABETH BAEZA's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1) and the Plea Agreement.

3) The District Court **GRANT**, at the appropriate time, the United States'

REPORT AND RECOMMENDATION - 3

motion to dismiss Count 18 of the Indictment (Dkt.  1) as to Defendant; and

        4)     The District Court continue Defendant's release subject to her compliance

with the Conditions of Release, as modified as of today's date.  (Dkt. 76).

        Written objections to this Report and Recommendation must be filed within

fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a

result of failing to do so, that party may waive the right to raise factual and/or legal

objections to the United States Court of Appeals for the Ninth Circuit.


DATED: 1/14/2016

                                                            _____

                                        CANDY WAGAHOFF DALE
                                        U.S. MAGISTRATE JUDGE