UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-CR-167-BLW |
| | ) | |
| vs. | ) | ORDER FOR RETURN OF |
| | ) | PASSPORT |
| ELIZABETH BAEZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has before it Defendant's Motion for Return of Passport. Said motion is unopposed.

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to return passport (docket no. 164) is GRANTED.

IT IS FURTHER ORDERED, that the United States Probation Office shall return Ms. Baeza's passport to her father Juan Baeza. Said passport may be released to Ms. Baeza's counsel, Andrew Parnes, or mailed to Juan Baeza, P.O. Box 2922, Ketchum, ID 83340.

DATED: June 1, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court